# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00504-CV

**S. P., Appellant**

**v.**

**Texas Department of Family & Protective Services, Appellee**

## FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
## NO. CV35,444, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant S.P. filed a notice of appeal on July 19, 2013. S.P. sought to appeal from an order denying a petition for bill of review challenging an order terminating S.P.'s parental rights to her child. S.P. is represented by retained counsel and has not asserted a claim of indigence on appeal.

The brief of S.P. was due to be filed on October 2, 2013. On October 14, 2013, this Court sent notice to S.P. that her brief was overdue and that her appeal would be dismissed for want of prosecution if she did not provide a satisfactory response to this Court explaining her failure to file a brief by October 24, 2013. To date, S.P. has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed for Want of Prosecution

Filed:   November 22, 2013